1034

[No. 57991-6-I.   Division One.   January 22, 2008.]

CHRISTIAN JOUBERT, *Appellant*, v. NORTHWEST HOSPITAL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-16429-5, William L. Downing, J., entered February 27, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58305-1-I.   Division One.   January 22, 2008.]

G FOUR BELLINGHAM, LLC, *Appellant*, v. OISHII TERIYAKI, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-2-02468-9, Steven J. Mura, J., entered May 5, 2006. *Affirmed* by unpublished opinion per Appelwick, C.J., concurred in by Becker and Schindler, JJ.

[No. 58404-9-I.   Division One.   January 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAY LADAWN PRENDERGAST, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-1-01287-5, Ira Uhrig, J., entered December 9, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 59264-5-I.   Division One.   January 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHAN MATTHEW WEYRICH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-02104-1, Nicole MacInnes, J., entered November 20, 2006. *Dismissed* by unpublished per curiam opinion.